**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Seven Kitchen & Cocktails, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | fdba 6501 Cusine & Cocktails, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 7 – 2 7 4 2 7 5 7 |
| 4. | Debtor's address | **Principal place of business**<br><br>**6501 S Cooper St. Suite 101**<br>Number    Street<br><br>**Arlington**      **TX**    **76001**<br>City            State    ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City            State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State    ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Seven Kitchen & Cocktails, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  Check all that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Seven Kitchen & Cocktails, LLC**     Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When __/__/____
Case number, if known _____

Debtor _____ Relationship _____
District _____ When __/__/____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____ _____ _____
City   State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Seven Kitchen & Cocktails, LLC**          Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [x] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [x] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/08/2023**
MM / DD / YYYY

X **/s/ Cedric Powell**
Signature of authorized representative of debtor
**Cedric Powell**
Printed name
**Managing Officer**
Title

Debtor  **Seven Kitchen & Cocktails, LLC**                    Case number (if known) _____

**18. Signature of attorney**    X **/s/ Marilyn D. Garner**                        Date **09/08/2023**
Signature of attorney for debtor                                                          MM / DD / YYYY

**Marilyn D. Garner**
Printed name

**Law Office Of Marilyn D. Garner**
Firm name

**2001 E. Lamar Blvd., Suite 200**
Number      Street

**Arlington**                                **TX**           **76006**
City                                         State          ZIP Code

**(817) 505-1499**                           **mgarner@marilyndgarner.net**
Contact phone                                Email address

**07675550**                                 **TX**
Bar number                                   State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Seven Kitchen & Cocktails, LLC**                        CASE NO

                                                                  CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/8/2023                             Signature  /s/ Cedric Powell
                                                      *Cedric Powell*
                                                      *Managing Officer*


Date _____                   Signature _____

```
Attorney General of Texas
Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548


Baceline Group
Cooper Street Baceline, LLC
c/o Daniel Techentien
511 N. Broadwary
Denver, CO   80203-3405

Bank




BlueVine, Inc./Celtic Bank C orporation
401 Warren Street
Redwood City, CA   94063



Everest Business Funding
5 West 37th Street, Ste. 1100
New York, NY 10018



Fund Box
6900 Dallas Plwy, Ste. 700
Plano, TX 75024



Global Capital(East Hudson)
27-01 Queens Plaza S Ste 802
Long Island City, NY 11101



Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce 9A20 - MC 5024
Dallas, TX    75242
```

```
Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346


JP Insurance Services, LLC
6710 Virginia Parkway
Suite 215
McKinney, TX    75071


Liquidibee 1 LLC
295 Madison Ave Fl 22
New York, New York 10017


Seven Kitchen & Cocktails, LLC
6501 S Cooper St. Suite 101
Arlington, TX 76001


Square Financial Services
1455 Market St
San Francisco, CA 94103


Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711


Texas Comptroller of Public Accts
Banruptcy Section
PO Box 13528
Austin, TX 78711


Texas Employment Commission
TEC-Building Bankruptcy
101 E. 15th St.
Austin, TX 78778


US Attorney General
Justice Building,  Room 5111
10th & Constitution Avenue NW
Washington, DC 20530
```

```
US Attorney General
Justice Building, Room 5111
10th & Constitution Avenue NW
Washington, DC 20530


William T. Neary
Office of the U.S. Trustee
1100 Commerce St, Room 976
Dallas, Texas 75242
```

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Seven Kitchen & Cocktails, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Liquidibee 1 LLC<br>295 Madison Ave Fl 22<br>New York, New York 10017 | | | | $110,000.00 | $0.00 | $110,000.00 |
| 2 | Global Capital(East Hudson)<br>27-01 Queens Plaza S Ste 802<br>Long Island City, NY 11101 | | | | $98,000.00 | $0.00 | $98,000.00 |
| 3 | Bank | | | | $69,000.00 | $0.00 | $69,000.00 |
| 4 | Square Financial Services<br>1455 Market St<br>San Francisco, CA 94103 | | | | $57,000.00 | $0.00 | $57,000.00 |
| 5 | Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 940/941 Taxes | | | | $54,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Seven Kitchen & Cocktails, LLC**                    Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Texas Comptroller of Public Accts Banruptcy Section PO Box 13528 Austin, TX 78711 | | Business Taxes | | | | $7,000.00 |
| 7 | Fund Box 6900 Dallas Plwy, Ste. 700 Plano, TX 75024 | | | | $7,000.00 | $0.00 | $7,000.00 |
| 8 | US Attorney General Justice Building, Room 5111 10th & Constitution Avenue NW Washington, DC 20530 | | Required Notification | | | | $0.00 |
| 9 | Internal Revenue Service 1100 Commerce 9A20 - MC 5024 Dallas, TX   75242 | | Income tax claim | | | | $0.00 |
| 10 | Internal Revenue Service Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101-7346 | | Income tax claim | | | | $0.00 |
| 11 | Attorney General of Texas Bankruptcy Section PO Box 12548 Austin, TX 78711-2548 | | Required Notification | | | | $0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                              CHAPTER    11
**Seven Kitchen & Cocktails, LLC**


DEBTOR(S)                                                     CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Officer** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/8/2023**            Signature: **/s/ Cedric Powell**
                                         *Cedric Powell*
                                         **Managing Officer**